**Rosa Maria RANGEL–GARCIA, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–74136.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted July 24, 2006.*

Decided July 31, 2006.

Rosa Maria Rangel–Garcia, Kent, WA, pro se.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, WWS-District Counsel, Immigration and Naturalization Service Office Of The District Counsel, Seattle, WA, Kristin A. Cabral, Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

Rosa Maria Rangel–Garcia, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order affirming without opinion an immigration judge's ("IJ") order of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We deny the petition for review.

The IJ did not abuse her discretion in denying Rangel–Garcia an indefinite continuance, where the IJ had previously continued proceedings on three occasions and Rangel–Garcia failed to show that she was presently eligible for any form of relief.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

*See Nakamoto v. Ashcroft*, 363 F.3d 874, 883 n. 6 (9th Cir.2004).

**PETITION FOR REVIEW DENIED.**